UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 96-1061
_____

MICHAEL T. MCDONALD,

Plaintiff - Appellant,

versus

GEORGE MEANY CENTER FOR LABOR STUDIES,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg. Robert Earl Maxwell,
District Judge. (CA-95-63-3)

_____

Submitted: June 20, 1996          Decided: June 28, 1996

_____

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael T. McDonald, Appellant Pro Se. Grant F. Crandall, George
P. Surmaitis, CRANDALL, PYLES & HAVILAND, Charleston, West
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his claim under the Americans with Disabilities Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, McDonald's motion for appointment of counsel is denied and we affirm on the reasoning of the district court. <u>McDonald v. George Meany Ctr.</u>, No. CA-95-63-3 (N.D.W. Va. Dec. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>